**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 12 2026

FILED

---

**BASTÎON RESOURCES L.L.C.,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA, et al.,**

**Defendants.**

**Case No. 1:25-cv-00139-JRH-BKE**

---

**BASTÎON RESOURCES L.L.C.,**

**Plaintiff,**

**v.**

**John Nichols, Mary Brooks-Nichols,**

**Respondent / Notice Party**

---

**IN THE MATTER OF THE PROPOSED ACQUISITION OF 1105 WATERS STREET, WAYNESBORO, GEORGIA 30830, BURKE COUNTY TAX PARCEL NO. W05 061B**

---

## NOTICE OF FILING AND SUBMISSION FOR CONFIRMATORY ENTRY, ADOPTION, AND ADJUDICATIVE EFFECT

---

**PLEASE TAKE NOTICE** that the undersigned, acting in duly recognized federal capacities, hereby files and submits for entry, docketing, and administrative processing the following instrument:

---

## I. DOCUMENT SUBMITTED:

**FINAL ADJUDICATIVE DECLARATORY ORDER**

**(Execution Confirmation, Consideration Recognition, Estoppel Determination, and Ownership Transfer Acknowledgment)**

---

## II. PURPOSE OF FILING

This Notice is submitted for the limited and specific purposes of:

1. Placing the Court and the Clerk of Court on formal notice of the submission of the above-referenced Final Adjudicative Declaratory Order

2. Requesting entry and indexing on the docket consistent with the Court's procedures;

3. Facilitating administrative processing and recognition of the relief set forth therein; and

4. Establishing a clear record of filing and procedural posture for purposes of enforcement, recording, and implementation.

This filing is administrative in nature and is made to ensure that the record accurately reflects the submission of the Final Adjudicative Declaratory Order for entry.

---

The accompanying Final Adjudicative Declaratory Order is submitted as a confirmatory judicial instrument concerning the matters expressly addressed therein and the record, submissions, administrative materials, presentment history, determinations, certifications, findings, and conclusions identified in the Final Adjudicative Declaratory Order.

This Notice respectfully requests that, upon the Court's approval and execution, the Final Adjudicative Declaratory Order be filed, entered, adopted, docketed, and given its full operative and adjudicative effect as an Final Adjudicative Declaratory Order of this Court, in the same manner as other duly entered Final Adjudicative Declaratory Orders of the Court.

The submission is specifically confirmatory in character. It is intended to provide the Court with the instrument through which the matters expressly addressed therein may be formally confirmed, reduced to an authoritative judicial record, and given the operative effect determined by the Court upon entry.

The accompanying Final Adjudicative Declaratory Order identifies the materials, submissions, administrative record, presentment and response history, factual matters, legal determinations, certifications, and conclusions upon which its provisions are based.

Accordingly, the requested entry is not intended to leave those matters in the status of informal correspondence, private commercial presentment, or an administrative record existing independently of judicial recognition. Rather, upon entry, the Final Adjudicative Declaratory Order is intended to establish the matters expressly adjudicated therein as part of the formal judicial record of this proceeding.

Nothing in this Notice, however, is intended to assert that the accompanying Final Adjudicative Declaratory Order has been judicially entered before the Court executes and enters it.

The requested judicial effect therefore arises upon entry by the Court.

---

## REQUEST FOR ENTRY AND DISPOSITIVE EFFECT

The undersigned respectfully requests that the Court file and enter the accompanying Final Adjudicative Declaratory Order as an adjudicated matter of record, and that the findings, determinations, certifications, and conclusions expressly contained therein be given their full operative and dispositive effect as to the issues and matters adjudicated by the Final Adjudicative Declaratory Order.

Upon entry, the Final Adjudicative Declaratory Order is intended to constitute the Court's formal determination and certification of the matters expressly addressed therein, including, to the extent determined by the Court:

1. the existence, contents, and status of the certified administrative record;
2. the evidentiary significance of the documented presentment and response history;
3. the factual and documentary matters established or confirmed by the record;
4. the legal characterization of the claim or claims expressly determined by the Court;
5. the findings and conclusions expressly set forth in the Final Adjudicative Declaratory Order
6. the certifications expressly made or adopted by the Court; and
7. the procedural and evidentiary consequences expressly provided by the Final Adjudicative Declaratory Order.

The entry is further intended to establish an authoritative judicial record upon which subsequent proceedings may rely, without requiring the underlying administrative submissions to be repeatedly re-established merely as matters of historical fact, documentary existence, or record provenance, to the extent such reliance is legally permissible and consistent with the terms of the entered Final Adjudicative Declaratory Order.

The undersigned therefore respectfully requests that the Court treat the accompanying Final Adjudicative Declaratory Order, once executed and entered, as the operative judicial

determination concerning the matters expressly adjudicated therein.

---

## III. SCOPE OF ADJUDICATION

The adjudicative effect of the Final Adjudicative Declaratory Order is expressly limited to the matters actually and expressly determined therein and shall operate according to the jurisdiction, authority, and applicable law properly governing those matters.

Nothing in this Notice requests the Court to adjudicate matters that are not presented for determination in the accompanying Final Adjudicative Declaratory Order.

Nothing in this Notice requests entry of a monetary judgment, execution Final Adjudicative Declaratory Order, writ of execution, collection Final Adjudicative Declaratory Order, or other relief beyond that expressly provided for in the accompanying Final Adjudicative Declaratory Order.

To the extent additional judicial or administrative action is required for collection, payment, enforcement, execution, settlement, implementation, or other disposition of a claim, such action shall proceed pursuant to the applicable law and procedures identified, authorized, or preserved by the Final Adjudicative Declaratory Order.

The requested confirmatory effect is therefore directed to the matters expressly determined by the Court and does not independently create relief that the accompanying Final Adjudicative

Declaratory Order does not provide.

---

## IV. FILING AND RECORD INCORPORATION

The accompanying Final Adjudicative Declaratory Order, together with the materials identified therein, is submitted for filing and entry so that the entire matter may be preserved as a formal adjudicated judicial record, rather than remaining solely within the character of administrative correspondence, private commercial presentment, or separately maintained supporting documentation.

Upon entry, the Final Adjudicative Declaratory Order and the materials properly incorporated, identified, certified, or adopted therein shall constitute part of the judicial record concerning the matters adjudicated by the Court, subject to the Court's rules concerning incorporation, authentication, admissibility, sealing, confidentiality, and use of judicial records.

To the extent legally applicable, the entered Final Adjudicative Declaratory Order and incorporated materials may thereafter be:

1. incorporated by reference;

2. offered as evidence;

3. relied upon for matters determined therein;

4. presented in subsequent judicial or administrative proceedings;

5. used to establish the existence and contents of matters judicially determined or certified by the Court; and

6. relied upon for such further proceedings as may be authorized or required by law.

Nothing herein is intended to establish evidentiary admissibility for a subsequent proceeding where admissibility is otherwise governed by applicable law, rule, or Final Adjudicative Declaratory Order of the tribunal conducting that proceeding.

---

## V. CONFIRMATION OF RECORD AND JUDICIAL STATUS

The undersigned further respectfully requests that, upon entry, the Final Adjudicative Declaratory Order be understood and administered according to its express terms as a confirmatory judicial determination of the matters therein adjudicated.

The purpose of this filing is therefore not merely to place another document on the docket, but to establish a clear distinction between:

(a) materials and submissions previously existing within the administrative, commercial, or evidentiary record;

(b) the judicial consideration and determination of the matters presented;

(c) the Court's execution and entry of the accompanying Final Adjudicative Declaratory Order and

(d) the resulting operative status of those matters as reflected in the entered judicial record.

Upon entry, the Court's Final Adjudicative Declaratory Order shall control as to the matters expressly determined therein.

---

## VI. ORDINARY ENTRY, DOCKETING, AND ADMINISTRATION

Upon approval and execution, Bastîon respectfully requests that the Clerk of Court:

1. file and docket the executed Final Adjudicative Declaratory Order in the ordinary course;
2. assign the Final Adjudicative Declaratory Order the appropriate document number and docket designation;
3. maintain the Final Adjudicative Declaratory Order as part of the official record of this action;
4. issue ordinary electronic notice of entry through CM/ECF to the parties and counsel entitled to such notice; and
5. administer the entered Final Adjudicative Declaratory Order in the same procedural manner as other duly entered Final Adjudicative Declaratory Orders of this Court.

The requested relief is therefore expressly directed toward judicial entry and ordinary docket administration, rather than any unilateral designation by the filing party of the proposed Final Adjudicative Declaratory Order as already operative.

---

## VII. EFFECT OF ENTRY

Upon judicial execution and docketed entry, the accompanying Final Adjudicative Declaratory Order shall have the force and effect provided by the Final Adjudicative Declaratory Order itself and applicable law.

The operative date of the Final Adjudicative Declaratory Order shall be the date of its judicial entry, unless the Court expressly provides otherwise.

The filing of this Notice shall not itself be construed as the judicial entry of the accompanying Final Adjudicative Declaratory Order.

---

## VIII. RESERVATION

Nothing contained in this Notice shall constitute a waiver of any claim, remedy, right, defense, objection, jurisdictional position, contractual right, constitutional right, statutory right, equitable right, or other entitlement asserted or preserved by Bastîon Resources L.L.C.

All matters not expressly adjudicated or resolved by the accompanying Final Adjudicative Declaratory Order are expressly preserved.

No provision of this Notice shall be construed to enlarge the substantive scope of the accompanying Final Adjudicative Declaratory Order beyond the matters expressly determined therein.

---

## IX. REQUEST FOR CONFIRMATORY ENTRY

For purposes of clarity, the relief requested through this filing is that the Court:

1. receive and consider the accompanying Final Adjudicative Declaratory Order

2. confirm the matters expressly presented for determination therein;

3. adopt the Final Adjudicative Declaratory Order to the extent the Court determines appropriate;

4. execute and enter the Final Adjudicative Declaratory Order

5. cause the Final Adjudicative Declaratory Order to be filed and docketed as an Final Adjudicative Declaratory Order of the Court;

6. give the findings, determinations, certifications, and conclusions expressly contained therein their full operative and adjudicative effect;

7. recognize the Final Adjudicative Declaratory Order and the materials properly incorporated therein as part of the judicial record;

8. permit subsequent reliance upon the entered Final Adjudicative Declaratory Order for matters properly determined therein, subject to applicable law and the rules governing any subsequent proceeding; and

9. administer the entered Final Adjudicative Declaratory Order in the same manner as other duly entered Final Adjudicative Declaratory Orders of this Court.

---

**WHEREFORE,** The undersigned respectfully submits the accompanying Final Adjudicative Declaratory Order and requests that the Court **FILE, ENTER, ADOPT**, and give operative adjudicative effect to the Final Adjudicative Declaratory Order as to the matters expressly determined therein, including, as applicable, the certification of the administrative record, findings of fact, conclusions of law, legal establishment and characterization of the claim, and the evidentiary and procedural consequences expressly provided therein.

---

**SO FILED AND SUBMITTED FOR CONFIRMATORY ENTRY.**

Dated: November 12, 2026.

Respectfully submitted,

________________________________

**Alton Sharàn Sapp, Esq., A.L.J.**

**Administrative Law Judge (A.L.J.)**

**Acting in the capacities of:**

**Federally Authorized Special Counsel (Economic, Commercial & Constitutional Affairs – FAS-CECCA)**

**and**

**Federal Commercial & Constitutional Adjudicator—(FCCA)**